# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FIRST KOREAN CHURCH OF NEW YORK, INC.** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **CHELTENHAM TOWNSHIP ZONING HEARING BOARD and CHELTENHAM TOWNSHIP** | : | No. 05-6389 |

**Norma L. Shapiro, J.**                                                                   February 29, 2012

## ORDER

      AND NOW, this 29th day of February, 2012, upon consideration of plaintiff First Korean's Second Renewed Motion for Summary Judgment (paper no. 134), defendants Cheltenham Township Zoning Hearing Board's and Cheltenham Township's response thereto (paper no. 138), defendants' Second Renewed Motion for Summary Judgment (paper no. 133), First Korean's response thereto (paper no. 140), and First Korean's Motion for Expedited Rulings on Motions for Summary Judgment (paper no. 203), for the reasons stated in the attached memorandum, it is **ORDERED** that:

      1.  The Second Renewed Motion for Summary Judgment of First Korean (paper no. 134) is **DENIED**.

      2.  The Second Renewed Motion for Summary Judgment of defendants (paper no. 133) is **GRANTED**.

      3.  The Motion for Expedited Rulings on Motions for Summary Judgment of First Korean (paper no. 203) is **DENIED AS MOOT**.

                                                      /s/ Norma L. Shapiro

                                                                                                 J.